IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERICA BENNETT,<br><br>      *Plaintiff*,<br><br>v.<br><br>REPUBLIC SERVICES, INC.,<br><br>      *Defendant*. | CIVIL ACTION<br>NO. 15-05028 |

## ORDER

**AND NOW**, this 7th day of April, 2016, upon consideration of Defendant Republic Services, Inc.'s ("Republic") Second Motion to Dismiss (ECF No. 8), Plaintiff Erica Bennett's ("Bennett") Response (ECF No. 9), Republic's Reply (ECF No. 10) and Bennett's Sur-Reply (ECF No. 13), it is hereby **ORDERED** that the motion is **GRANTED**. Bennett's First Amended Complaint (ECF No. 5) is **DISMISSED** with prejudice.

The Clerk of Court shall close this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.